# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL SIMPSON

VERSUS

RENTOKIL NORTH AMERICA, INC.

NO.   2026 CW 0893

**AUGUST 3, 2026**

---

In Re:   Rentokil North America, Inc. and Arch Indemnity Insurance Company, applying for supervisory writs, Office of Workers' Compensation, District 6, No. 25-02953.

---

BEFORE:   **WOLFE, STROMBERG, AND BALFOUR, JJ.**

**STAY DENIED; WRIT DENIED.** This court declines to exercise its supervisory jurisdiction. The parties have an adequate remedy on appeal.

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT